LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Mario Alston*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> MARIO DEMARLO ALSTON <br> Defendant. | CASE NO: 2:20-cr-00113-CDS-EJY <br><br> **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING [ECF No. 60]** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between JASON M. FRIERSON, United States Attorney, SUPRIYA PRASAD, Assistant United States Attorney; defendant MARIO DEMARLO ALSTON, by and through his counsel LUCAS J. GAFFNEY, ESQ.; that the Sentencing hearing currently scheduled for Thursday, September 29, 2022, at the hour of 10:00 a.m. be vacated and continued to a date and time convenient to this Honorable Court.

///

///

///

///

///

1

The instant the Stipulation is entered into for the following reasons:

1. The Defendant, Mario Alston is currently set for sentencing on September 29, 2022.

2. On September 26, 2022, counsel for Mr. Alston is set to begin a six-week jury in United States of America v. Miguel Castro, et al., case number 2:19-295-GMN-NJK. Trial will take place Monday through Thursday. As such, the parties respectfully request this Court reschedule Alston's sentencing on a Friday at its earliest convenience.

3. Counsel has spoken to Mr. Alston who is in custody and he does not object to the continuance.

4. Counsel has spoken to AUSA Supriya Prasad, who do not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. This is the first stipulation to continue Mr. Alston's sentencing hearing.

DATED: September 15, 2022.        *Respectfully submitted:*

/s/ Luke Gaffney                               /s/ Supriya Prasad
LUCAS J. GAFFNEY, ESQ.              SUPRIYA PRASAD
GAFFNEY LAW                              Assistant United States Attorney
1050 Indigo Drive, Suite 120           501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145              Las Vegas, Nevada, 89101
*Attorney for Mario Alston*              *Attorney for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>MARIO DEMARLO ALSTON<br><br>        Defendant. | CASE NO: 2:20-cr-00113-CDS-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER.**<br><br>(First Request) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds:

1. The Defendant, Mario Alston is currently set for sentencing on September 29, 2022.

2. On September 26, 2022, counsel for Mr. Alston is set to begin a six-week jury in United States of America v. Miguel Castro, et al., case number 2:19-295-GMN-NJK. Trial will take place Monday through Thursday. As such, the parties respectfully request this Court reschedule Alston's sentencing on a Friday at its earliest convenience.

3. Counsel has spoken to Mr. Alston who is in custody and he does not object to the continuance.

4. Counsel has spoken to AUSA Supriya Prasad, who do not object to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. This is the first stipulation to continue Mr. Alston's sentencing hearing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 29 at the hour of 10:00 a.m. be vacated and continued to the <u>30th</u> day of September, 2022, at the hour of 10:00 a.m. in courtroom 6B.

DATED AND DONE this <u>16th</u> day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE
THE HONORABLE CRISTINA D. SILVA