FILED / ENTERED                 RECEIVED / SERVED ON
                                COUNSEL/PARTIES OF RECORD

SEP 30 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                          DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:20-CR-113-CDS-EJY |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARIO DEMARLO ALSTON, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 2428(a)(1); and 18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Mario Demarlo Alston to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Mario Demarlo Alston pled guilty. Criminal Information, ECF No. 52; Plea Agreement, ECF No. 53; Arraignment & Plea, ECF No. 54; Preliminary Order of Forfeiture, ECF No. 55.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 19, 2022, through August 17, 2022, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 59-1, p. 5.

1   This Court finds no petition was filed herein by or on behalf of any person or entity
2   and the time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending regarding the property named herein and
4   the time has expired for presenting such petitions.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
6   all possessory rights, ownership rights, and all rights, titles, and interests in the property
7   hereinafter described are condemned, forfeited, and vested in the United States under Fed.
8   R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2428(a)(1);
9   18 U.S.C. § 2428(b)(1)(A) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be
10  disposed of according to law:

   1. a Samsung cellular phone, model number: SM-J727T1, IMEI number: 354254095003641 (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED September 19, 2022.

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

2