JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone 702-388-6336
Supriya.prasad@usdoj.gov
Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARIO DEMARLO ALSTON,<br><br>Defendant | Case No. 2:20-cr-00113-CDS-EJY<br><br>Stipulation to Vacate March 24, 2023 Hearing |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and James Hoffman, Esq., counsel for Defendant Mario Demarlo Alston, that that the status hearing scheduled for March 24, 2023 at 10:00 a.m. be vacated.

This Stipulation is entered into for the following reasons:

1.  The status hearing was scheduled so that the parties could confirm how defendant's sentence is calculated. ECF No. 76.

2.  The government has confirmed with counsel from the Bureau of Prisons that defendant's sentence began to run on September 30, 2022, the date of sentencing, as intended. The government shared correspondence confirming the same with defense

counsel.

3. The correspondence shared with defense counsel also indicated that defendant earned 88 days of prior custody credit.

4. The parties are satisfied that defendant is accruing credits in accordance with the Judgment of Conviction.

5. The parties agree that a status hearing is no longer necessary.

Dated this 16th day of March, 2023.

JASON M. FRIERSON
United States Attorney

By: /s/ *Supriya Prasad*
SUPRIYA PRASAD
Assistant United States Attorney

By: /s/ *James Hoffman*
JAMES HOFFMAN, ESQ.
Counsel for Defendant Mario Demarlo Alston

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARIO DEMARLO ALSTON,<br><br>Defendant | Case No. 2:20-cr-00113-CDS-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status hearing scheduled for March 24, 2023 at 10:00 a.m. is hereby vacated.

　　　DATED this 17th day of March 2023.

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE