UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00113-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| MARIO DEMARLO ALSTON, | |
| Defendant. | |

Before the Court is the Motion to Allow Defendant to Attend Funeral. ECF No. 86. Defendant is represented by counsel (ECF No. 84) and therefore may not file *pro se* motions under Local Rule IA 11-6(a), which states: "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a); *United States v. Anderson*, Case No. 2:16-CR-0305-KJD-VCF, 2020 WL 2308087, at \*1 (D. Nev. May 8, 2020) (denying Defendant's "fugitive filing" under the Local Rules). Defendant is advised that future filings must be made through his counsel.

IT IS HEREBY ORDERED that the Motion to Allow Defendant to Attend Funeral (ECF No. 86) is DENIED without prejudice.

IT IS FURTHER ORDERED that if Counsel for Plaintiff seeks the same or similar relief, Counsel must contact the assigned U.S. Attorney and advise the Court whether there is any objection to Defendant's request.

DATED this 27th day of September, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE