# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-cr-00113-CDS-EJY |
|---|---|
| Plaintiff | **Order Setting Briefing Schedule Regarding Defendant's 28 U.S.C. § 2255 Motion** |
| v. | [ECF No. 89] |
| Mario Alston, | |
| Defendant | |

On November 6, 2023, defendant Mario Alston, proceeding pro se, filed a motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255. ECF No. 89. Upon reviewing the motion:

IT IS HEREBY ORDERED that the Government must file a response to defendant's motion by January 24, 2023.

IT IS FURTHER ORDERED that defendant Mario Alston may file a reply on or before February 7, 2024.

Unless otherwise ordered, the court will thereafter take the matter under submission without oral argument, and a decision will issue in due course.

DATED: January 10, 2024

_____
Cristina D. Silva
United States District Judge